AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Smith, Ortrie D. | U.S.D.C. MO, Western District | 3/28/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Court Judge (Senior) | ☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

Room 8552 U.S. Courthouse
400 East 9th Street
Kansas City, MO 64106

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | YMCA of the Rockies |
| 2. | Trustee | BSW Trust dated February 1, 1994 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Smith, Ortrie D.** | 3/28/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Ortrie D. | 3/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Microsoft Corp - Com Stk | A | Dividend | K | T | Sold (part) | 07/16/13 | J | C | |
| 2. | | | | | Sold (part) | 11/13/13 | J | C | |
| 3. Oracle Corp | A | Dividend | | | Sold (part) | 01/03/13 | J | A | |
| 4. | | | | | Sold | 07/15/13 | K | B | |
| 5. Garmin Ltd. | B | Dividend | | | Sold | 07/12/13 | K | D | |
| 6. Vanguard 500 Index Fund | A | Dividend | K | T | | | | | |
| 7. Cerner Corp. | | None | K | T | Sold (part) | 07/01/13 | J | C | |
| 8. Berkshire Hathaway, CL B | | None | K | T | Sold (part) | 07/01/13 | K | B | |
| 9. Powershares QQQ Trust Series 1 | A | Dividend | | | Sold (part) | 01/03/13 | J | B | |
| 10. | | | | | Sold | 07/01/13 | K | B | |
| 11. McDonalds Corp. | A | Dividend | K | T | | | | | |
| 12. Southern Co. | B | Dividend | | | Sold (part) | 05/14/13 | J | B | |
| 13. | | | | | Sold (part) | 07/16/13 | J | A | |
| 14. | | | | | Sold | 08/29/13 | J | A | |
| 15. Highwood Properties, Inc. | A | Dividend | | | Sold | 08/29/13 | J | A | |
| 16. Invesco Mtg Capital, Inc. | B | Dividend | | | Sold | 07/08/13 | J | A | |
| 17. Duke Energy Holding | B | Dividend | K | T | Sold (part) | 09/05/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Merck & Company, Inc. | B | Dividend | K | T | Sold (part) | 01/03/13 | J | B | |
| 19. | | | | | Sold (part) | 09/20/13 | J | C | |
| 20. PPL Corporation | B | Dividend | | | Sold (part) | 05/14/13 | J | A | |
| 21. | | | | | Sold | 07/01/13 | K | A | |
| 22. Sunoco Logistics Ptnrs, LP | B | Dividend | K | T | Sold (part) | 01/30/13 | J | C | |
| 23. | | | | | Sold (part) | 07/01/13 | J | B | |
| 24. Royal Dutch Shell, ADR, Class A | A | Dividend | K | T | Buy | 08/30/13 | K | | |
| 25. EBAY | A | Dividend | | | Buy | 07/16/13 | K | | |
| 26. | | | | | Sold | 12/05/13 | K | A | |
| 27. OVBC | A | Dividend | | | Buy | 07/15/13 | K | | |
| 28. | | | | | Sold (part) | 11/13/13 | J | A | |
| 29. | | | | | Sold | 11/20/13 | J | A | |
| 30. Chevron Corp | B | Dividend | K | T | Buy | 07/12/13 | K | | |
| 31. Amazon com. Inc. | | None | J | T | Buy | 07/08/13 | J | | |
| 32. Health Care REIT | A | Dividend | | | Buy | 07/08/13 | K | | |
| 33. | | | | | Sold | 12/05/13 | K | A | |
| 34. Pepsico | A | Dividend | K | T | Buy | 07/08/13 | K | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Ortrie D. | 3/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Johnson & Johnson | A | Dividend | K | T | Buy | 07/08/13 | K | | |
| 36. American Water Works | A | Dividend | K | T | Buy | 07/08/13 | K | | |
| 37. Apple | A | Dividend | K | T | Buy | 05/15/13 | K | | |
| 38. BSW Living Trust 2/1/94 | D | Int./Div. | N | T | | | | | |
| 39. -KCMO Spl Oblig Rfdg Rev Downtown Arena | | | | | | | | | |
| 40. -PSI Energy, Inc., Deb. | | | | | | | | | |
| 41. -TVA Power Bond 1995 Series B | | | | | | | | | |
| 42. -FHLM Corp Multiclass Mtg Ser 1125 CL Z | | | | | | | | | |
| 43. -FHLM Corp Multiclass Mtg Ser 2520 CL LL | | | | | Redeemed (part) | 04/17/13 | J | A | |
| 44. | | | | | Redeemed (part) | 07/15/13 | J | A | |
| 45. -FNMA Remic Pass Thru Ctfs 1999-18 CL LL | | | | | Redeemed (part) | 07/22/13 | J | A | |
| 46. | | | | | Redeemed | 10/21/13 | J | A | |
| 47. -GNM Assn Ser 2002-51 CL D | | | | | | | | | |
| 48. -FNMA Remic Pass Thru Ctfs 2002-48 CL LL | | | | | Redeemed (part) | 01/25/13 | J | A | |
| 49. | | | | | Redeemed (part) | 02/25/13 | J | A | |
| 50. -FNMA Remic Pass Thru Ctfs 2002-86 CL BB | | | | | Redeemed (part) | 10/25/13 | J | A | |
| 51. | | | | | Redeemed (part) | 12/26/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Ortrie D. | 3/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -FHLM Corp Multiclass Mtg Ser 2696 CL LL | | | | | Redeemed (part) | 05/15/13 | J | A | |
| 53. | | | | | Redeemed (part) | 07/15/13 | J | A | |
| 54. | | | | | Redeemed (part) | 11/15/13 | J | A | |
| 55. -Insured Municipal Income Trust Ser No 461 | | | | | | | | | |
| 56. -Invesco Global 45 Dividend | | | | | | | | | |
| 57. -Wal-Mart Stores Inc | | | | | | | | | |
| 58. -Capital Income Builder Fund CL A | | | | | | | | | |
| 59. -Franklin MO Tax-Free Inc Fund CL A | | | | | | | | | |
| 60. -Ferrellgas Partners LP | | | | | | | | | |
| 61. -Chevron Corp | | | | | | | | | |
| 62. -CocaCola Co | | | | | | | | | |
| 63. -Conoco Phillips | | | | | | | | | |
| 64. -DTE Energy | | | | | | | | | |
| 65. -GlaxoSmithKline | | | | | | | | | |
| 66. -Merck & Co | | | | | | | | | |
| 67. -Microsoft Corp | | | | | | | | | |
| 68. -PIMCO Total Ret Fund CL A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Ortrie D. | 3/28/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, #35 of 2012 Report (which is # 56 of 2013 Report) and #47 of 2012 Report - Invesco Global 45 Dividend is a unit trust in which the balance is rolled into a new trust which is assigned a different series number, usually correlating to the date of the roll over. The filer has only one investment in Invesco Global 45 Dividend unit trust. The two investments reported for the 2012 reporting period were a result of the filer's misunderstanding. For clarity, in this report the series number is omitted. It will likewise be omitted in future reports. Because there has always been only one investment in this unit trust, the investment shown at VII, #47 of the 2012 Report is omitted from this filing.

Part VII, #54, #55, #56, #57, #58, #59 and # 60 of 2012 Report are all part of the BSW-Power of Attorney 3/29/11. Investments under a power of attorney are no longer reported and, thus, have been omitted from this filing.

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Ortrie D. | 3/28/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Ortrie D. Smith**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544